IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02552-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

CESAR GRAJEDA,

    Applicant,

v.

UNITED STATES OF AMERICA,

    Respondent.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCY**

---

    Applicant, Cesar Grajeda, who is represented by counsel, is in the custody of the United States Bureau of Prisons and currently is incarcerated at the United States Penitentiary in Florence, Colorado.  Applicant has submitted a "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" [Doc. # 1] and has paid the $5.00 filing fee.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted document is deficient as described in this Order. Applicant will be directed to cure the following if he wishes to pursue his claims.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.

    Applicant also is instructed that pursuant to 28 U.S.C. § 2243 an application for writ of habeas corpus is directed to the person who has custody of the detained person. Therefore, Applicant is directed to name as Respondent the custodian of the facility

where he is incarcerated.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  ___  is not submitted
(2)  ___  is missing affidavit
(3)  ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing certified statement showing current balance in prison account
(5)  ___  is missing required financial information
(6)  ___  is missing an original signature by the prisoner
(7)  ___  is not on proper form (must use the Court's current form)
(8)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(9)  ___  An original and a copy have not been received by the court. Only an original has been received.
(10) ___  other:

**Complaint, Petition or Application**:
(11) ___  is not submitted
(12)  X   is not on proper form (must use the Court's current form)
(13) ___  is missing an original signature by the prisoner
(14) ___  is missing page nos. ___
(15) ___  uses et al. instead of listing all parties in caption
(16) ___  An original and a copy have not been received by the court. Only an original has been received.
(17) ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___  names in caption do not match names in text
(19)  X   other: Applicant fails to name a proper Respondent.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Applicant shall obtain a copy of the court-approved Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED September 19, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge