**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02552-REB

CESAR GRAJEDA,

    Petitioner,

v.

RON WILEY, WARDEN, USP FLORENCE ADMAX,

    Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order on Application for Writ of Habeas Corpus of Judge Robert E. Blackburn entered on May 29, 2014 it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 #[4] filed 10/21/2013, is denied; and it is further

ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is further

ORDERED that Respondent shall have their costs, by the filing of a Bill of Costs pursuant to the procedures set forth in Fed.R.Civ.F.54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 29th day of May, 2014.

                                         FOR THE COURT:
                                         JEFFREY P. COLWELL, CLERK

By:  s/   K Lyons

K Lyons
Deputy Clerk